# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CRAIG S. PLAYER** § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 3:12-cv-03947-N** | |
| § | | |
| § | **JURY REQUESTED** | |
| **DALLAS COUNTY, TEXAS** § | | |
| **Defendant.** § | | |
| § | | |

## AGREED FINAL JUDGMENT

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiff Craig S. Player (hereinafter "Player") and Defendant Dallas County Texas (hereinafter "the County"), which resolves Player's Complaint.

Accordingly, it is ORDERED that:

1. All of Plaintiff's claims and causes of action in this case are dismissed with prejudice; and,

2. Each party shall be liable for its own costs of litigation and attorneys' fees.

SIGNED September 26, 2014.

                                                _____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ ChiQuia J. Signature*
ChiQuia J. Roberson
Texas Bar No. 24045328
Roberson Law Firm PLLC
8431 Katy Freeway, Suite 203
Houston, Texas 77024
Tel: (832) 287-8683
Fax: (832) 358-9400

ATTORNEY FOR PLAINTIFF
CRAIG S. PLAYER


 /s/Dolena T. Westergard
Dolena T. Westergard
ASSISTANT DISTRICT ATTORNEY
Texas Bar No. 21219800
Civil Division, Federal Section
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207-4399
Tel: (214) 653-3692
Fax: (214) 653-2899

ATTORNEYS FOR DEFENDANT